ISAAC N. QUIMBY, PLAINTIFF IN ERROR, v. SAMUEL B. DERRICKSON, DEFENDANT IN ERROR.

On error to the Supreme Court.    For opinion of Supreme Court, see 14 *Vroom* 373.

For the plaintiff in error, *S. B. Ransom.*

For the defendant in error, *J. F. Minturn.*

PER CURIAM.    The judgment is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, DEPUE, KNAPP, MAGIE, SCUDDER, VAN SYCKEL, CLEMENT, COLE, GREEN, WHITAKER.    10.

*For reversal*—None.